

U.S. Department of Justice

United States Trustee
Region 11
*Northern District of Illinois*

*219 South Dearborn St.*    *312-886-5785*
*Room 873*    *312-886-5794 (fax)*
*Chicago, IL 60604*

July 2, 2012

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

                Re:    Mollie Enterprises, Inc.
                     12 B 20426
                     **Debtor**

Dear Mr. Brown:

     On June 27, 2012 Judge Eugene R. Wedoff entered an Order for Relief in the above captioned involuntary Chapter 7 case. You are appointed to serve as trustee in this matter. Bond is fixed and approved as the blanket bond.

     If you reject this appointment you must notify the court and this office within five (5) days of receipt of this letter. Otherwise you will be deemed to have accepted the appointment.

                                                Sincerely,

                                                Patrick S. Layng
                                                United States Trustee

PSL/sg

Rejected:
_____
Signature

_7/11/12_____
Date



U.S. Department of Justice

United States Trustee
Region 11
*Northern District of Illinois*

*219 South Dearborn St.*   *312-886-5785*
*Room 873*   *312-886-5794 (fax)*
*Chicago, IL 60604*

July 16, 2012

Brenda Helms
c/o Albany Bank & Trust Co.
3400 West Lawrence Avenue
Chicago, IL 60625

Re:   Mollie Enterprises, Inc.
12 B 20426
**Debtor**

Dear Ms. Helms:

Due to the resignation of the former trustee, David Brown, in the above referenced case, you are appointed as successor trustee. Bond is fixed and approved as the blanket bond.

If you reject this appointment you must notify the court and this office within five (5) days of the receipt of this letter. Otherwise you will be deemed to have accepted the appointment.

Very truly yours,

Patrick S. Layng
United States Trustee

PSL/sg

Rejected:

_____
Signature

_____
Date