# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
MOLLIE ENTERPRISES INC. § Case No. 12-20426
§ (Substantively consolidated with Northwest Building
§ Material of Illinois, Inc., Case No. 12-37478)
Debtor §

## CONSOLIDATED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/18/2012 . The undersigned trustee was appointed on 07/03/2012 . (MOL) A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/21/2012. The undersigned trustee was appointed on 11/01/2012 . (NBM)

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    30,873.50

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,572.51 |
| Bank service fees | 1,488.85 |
| Other payments to creditors | 4,606.50 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 23,205.64 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/30/2013 and the deadline for filing governmental claims was 08/30/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,837.35 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,837.35 , for a total compensation of $ 3,837.35 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 24.00 , for total expenses of $ 24.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2018                By:/s/BRENDA PORTER HELMS, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-20426 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MOLLIE ENTERPRISES INC. | | | | Date Filed (f) or Converted (c): | 05/18/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/23/2013 |
| For Period Ending: | 06/13/2018 | | | | Claims Bar Date: | 08/30/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Loan to Charles Hanson (u) | Unknown | 0.00 | | 0.00 | FA |
| Trustee filed adversary proceeding (15 A 34) v. Charles hanson to recover money/property. Judgment, in the amount of $3.5 million, entered in favor of Trustee per court order dated June 29, 2015. Adversary closed 6/30/15. Trustee pursued recovery of judgment amount. Ultimately, Trustee determined judgment amount was uncollectible. | | | | | |
| 2. MACHINERY, FIXTURES, AND BUSINESS E (u) | 0.00 | 0.00 | | 24,873.50 | FA |
| Trustee authorized to retain auctioneer and conduct sale pursuant to order dated 3/20/13 [Dkt 66, Northwest case 12-37478]. Report of sale filed 6/14/13 [Dtk 75, Northwest case 12-37478]. | | | | | |
| 3. ACCOUNTS RECEIVABLE (u) | Unknown | 11,897.55 | | 6,000.00 | FA |
| Prior to commencment of this case, Debtor filed a mechanic's lien in the amount of $11,897.55. By order of this court dated 8/21/13, Trustee settled for recovery of approximately 50% of the amount owed [Dkt 68, Mollie case 12-20426] | | | | | |
| INT. Post-Petition Interest Deposite (u) | Unknown | Unknown | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $0.00 | $11,897.55 | | $30,873.50 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

5/29/18: Trustee confirmed secured creditor to hold first-position lien (and second-position lien). Trustee confirmed unpaid administrative claims and prepared her final report.

3/2/17:  Trustee is working to verify the priority of distribution to the Estate's secured creditors.  As soon as the Trustee verifies the appropriate distribution, Trustee will submit her TFR.

9/30/16:  Collection efforts exhausted.  Trustee preparing TFR

9-30-15:  Trustee filed adversary complaint to collect a loan made to Charles Hanson, per the tax returns.  Judgment against Mr. Hanson obtained; appeal filed in September 2015.  Trustee continues collection activity

Involuntary petition.  Substantively consolidated with Northwest Building Materials, 12-37478 per order 7/24/13 [dkt 61].  Investigation continues.

From Case 12-37478 Form 1 Notes:
On 7/24/13 this case was substantively consolidated with alter ego Mollie Enterprises Inc. 12-20426.

3/2/17:  This case was substantively consolidated with Mollie Enterprises, Inc. (Case No. 12-20426).  As set forth above, Trustee is working to verify the priority of distribution to the Estate's secured creditors.  As soon as the Trustee verifies the appropriate final distribution, Trustee will submit her TFR

9/30/16:  Collection efforts exhausted.  Trustee preparing TFR.

9/30/15--The Trustee has pursued Charles Hanson, former stockholder and officer of the debtor for a loan he made to the debtor, as reflected on the debtor's tax returns.  A judgment was obtained and an appeal has now been filed.  Collection efforts continue.

Initial Projected Date of Final Report (TFR): 12/30/2014        Current Projected Date of Final Report (TFR): 12/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-20426 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: MOLLIE ENTERPRISES INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1566 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX9942 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/13/13 | 2 | MARTINAUCTION SERVICES LLC ESCROW 9515 Texas Chruch RoadClinton IL 61727 | auction proceeds Personal property sold per order 3/20/13 [dkt 66, Northwest case 12-37478] | 1229-000 | $24,873.50 | | $24,873.50 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $21.47 | $24,852.03 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $36.94 | $24,815.09 |
| 09/04/13 | 3 | ELSCOTT 50 LLC 853 N. Elston AveChicago IL 60642 | mechanic lien settlement Per court order 8/21/13 [dkt 68] | 1221-000 | $6,000.00 | | $30,815.09 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $36.89 | $30,778.20 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $43.42 | $30,734.78 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $45.69 | $30,689.09 |
| 11/26/13 | 10001 | OFFICES, CHITKOWSKI LAW 801 Warrenville Road #620Lisle IL 60532 | per court order of 8/21/13 [dkt 67] | 4120-000 | | $4,606.50 | $26,082.59 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $44.15 | $26,038.44 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $39.37 | $25,999.07 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.66 | $25,960.41 |
| 02/15/14 | 10002 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420 New Orleans, LA 70139 | Bond premium bond #016026455 | 2300-000 | | $24.67 | $25,935.74 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $34.86 | $25,900.88 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.51 | $25,862.37 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $37.21 | $25,825.16 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.39 | $25,786.77 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Page Subtotals: $30,873.50  $5,086.73

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-20426 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | MOLLIE ENTERPRISES INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1566 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX9942 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/13/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $37.10 | $25,749.67 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.28 | $25,711.39 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.23 | $25,673.16 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $36.94 | $25,636.22 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.11 | $25,598.11 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $36.83 | $25,561.28 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.00 | $25,523.28 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $37.95 | $25,485.33 |
| 02/19/15 | 10003 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $18.23 | $25,467.10 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $34.22 | $25,432.88 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $37.81 | $25,395.07 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $36.54 | $25,358.53 |
| 05/19/15 | 10004 | SUBURBAN BANK & TRUST | copies of account records | 2990-000 | | $1,500.00 | $23,858.53 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.49 | $23,821.04 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.27 | $23,786.77 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.36 | $23,751.41 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                  Page Subtotals:                        $0.00          $2,035.36

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-20426 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: MOLLIE ENTERPRISES INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1566 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX9942 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.31 | $23,716.10 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.12 | $23,681.98 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.21 | $23,646.77 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.02 | $23,612.75 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.11 | $23,577.64 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.06 | $23,542.58 |
| 02/25/16 | 10005 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $20.57 | $23,522.01 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.74 | $23,489.27 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.92 | $23,454.35 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.75 | $23,420.60 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.82 | $23,385.78 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.65 | $23,352.13 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.72 | $23,317.41 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*   Page Subtotals:   $0.00   $434.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-20426 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MOLLIE ENTERPRISES INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1566 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX9942 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/13/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.66 | $23,282.75 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.50 | $23,249.25 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.57 | $23,214.68 |
| 02/28/18 | 10006 | INTERNATIONAL SURETIES LTD International Sureties Ltd | #016073584 | 2300-000 | | $9.04 | $23,205.64 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $30,873.50 | $7,667.86 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,873.50 | $7,667.86 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,873.50 | $7,667.86 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals:                    $0.00        $111.77

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1566 - Checking - Non Interest | $30,873.50 | $7,667.86 | $23,205.64 |
| | $30,873.50 | $7,667.86 | $23,205.64 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,873.50 |
| Total Gross Receipts: | $30,873.50 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-20426   Date: June 13, 2018
Debtor Name: MOLLIE ENTERPRISES INC. and Northwest Building Material of Illinois, Inc.
Claims Bar Date: 8/30/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | Trustee compensation | $0.00 | $3,837.35 | $3,837.35 |
| 100 2200 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | Trustee expenses | $0.00 | $24.00 | $24.00 |
| BOND 100 2300 | INTERNATIONAL SURETIES<br>701 Polydras St. #420<br>New Orleans, LA 70139 | Administrative | Trustee's bond | $0.00 | $33.71 | $33.71 |
| BOND 100 2300 | Levine Bond | Administrative | Trustee's Bond | $0.00 | $38.80 | $38.80 |
| 100 2700 | CLERK OF THE US BANKRUPTCY COURT<br>219 S. DEARBORN<br>CHICAGO, IL 60604 | Administrative | Deferred filing fee adversary case no. 15-00034 | $0.00 | $350.00 | $350.00 |
| 100 2990 | Suburban Bank & Trust | Administrative | Costs to obtain copies of Debtor's financial records | $0.00 | $1,500.00 | $1,500.00 |
| 100 3610 | Martin Auction Services, LLC<br>9515 Texas Church Rd.<br>Clinton, IL 61727 | Administrative | Auctioneer fees | $0.00 | $3,731.22 | $3,731.22 |
| 100 3620 | Martin Auction Services, LLC<br>9515 Texas Church Rd.<br>Clinton, IL 61727 | Administrative | Auctioneer expenses | $0.00 | $2,718.64 | $2,718.64 |
| 3-MOL 401 4110 | INSULATION DISTRIBUTORS,INC.<br>EVE M. RANKIN<br>8303 AUDUBON RD.<br>CHANHASSEN,MN 55317 | Secured | Claimant entitled to second-position lien: UCC filed 10/99 | $0.00 | $289,740.27 | $289,740.27 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-20426  Date: June 13, 2018
Debtor Name: MOLLIE ENTERPRISES INC. and Northwest Building Material of Illinios, Inc.
Claims Bar Date: 8/30/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14-MOL 400 4110 | SUBURBAN BANK & TRUST COMPANY<br>C/O TIMOTHY A. ARMSTRONG,<br>BERGLUND,ARMSTRONG & MASTNY, PC<br>1010 JORIE BLVD,. SUITE 370<br>OAK BROOK, IL 60523 | Secured | Trustee confirmed claimant entitled to first-position lien: 3 UCCs filed 4/96, 1/99, 4/11 | $0.00 | $1,231,933.63 | $1,231,933.63 |
| 1-NBM 300 7100 | FEDEX TECHCONNECT, INC.<br>AS ASSIGNEE OF FEDERAL EXPRESS CORPORATI<br>ATTN: REVENUE RECOVERY/BANKRUPTCY<br>3965 AIRWAYS BLVD.<br>MODULE G, 3RD FLOOR,<br>MEMPHIS, TN 38116 | Unsecured | | $0.00 | $308.02 | $308.02 |
| 1-MOL 300 7100 | SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FU<br>C/O JOHN J. TOOMEY<br>ARNOLD AND KADJAN<br>203 N. LASALLE STREET<br>SUITE 1650<br>CHICAGO, ILLINOIS 60601 | Unsecured | | $0.00 | $622,071.00 | $622,071.00 |
| 2-MOL 300 7100 | SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FU<br>C/O JOHN J. TOOMEY<br>ARNOLD AND KADJAN<br>203 N. LASALLE STREET<br>SUITE 1650<br>CHICAGO, ILLINOIS 60601 | Unsecured | | $0.00 | $34,562.50 | $34,562.50 |
| 2-NBM 300 7100 | WESSELS SHERMAN JOERG LISZKA LAVERTY SENECZKO P.C.<br>601 CARLSON PARKWAY<br>SUITE 1500<br>MINNETONKA, MN 55305 | Unsecured | | $0.00 | $11,741.00 | $11,741.00 |
| 3-NBM 300 7100 | CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS HEALTH, WELFARE & PENSION FUNDS<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018<br>ATTN: PETER PRIEDE | Unsecured | | $0.00 | $54,025.92 | $54,025.92 |
| 4-NBM 300 7100 | JOHN CHITKOWSKI<br>CHITKOWSKI LAW OFFICES<br>801 WARRENVILLE RD #620<br>LISLE IL 60532 | Unsecured | | $0.00 | $49,285.53 | $49,285.53 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-20426  Date: June 13, 2018
Debtor Name: MOLLIE ENTERPRISES INC. and Northwest Building Material of Illinios, Inc.
Claims Bar Date: 8/30/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4-MOL 300 7100 | HARTFORD FIRE INSURANCE COMPANY<br>BANKRUPTCY UNIT T-1-55 HARTFORD PLAZA<br>HARTFORD, CT 06115 | Unsecured | | $0.00 | $31,413.75 | $31,413.75 |
| 5-NBM 300 7100 | CHAUFFEURS, TEAMSTERS & HELPERS,<br>LOCAL UNION NO. 301 HEALTH & WELFARE FUN<br>36990 NORTH GREEN BAY RD., WAUKEGAN, IL 60087 | Unsecured | | $0.00 | $19,253.60 | $19,253.60 |
| 5-MOL 300 7100 | REINHART BOERNER VAN DEUREN S.C.<br>C/O L. KATIE MASON, ESQ.<br>1000 NORTH WATER STREET, SUITE 1700<br>MILWAUKEE, WI 53202 | Unsecured | | $0.00 | $77,425.33 | $77,425.33 |
| 6-NBM 300 7100 | CHAUFFEURS, TEAMSTERS & HELPERS,<br>LOCAL 301 PENSION FUND<br>36990 NORTH GREEN BAY RD., WAUKEGAN, IL 60087 | Unsecured | | $0.00 | $11,020.80 | $11,020.80 |
| 6-MOL 300 7100 | REX RADIATOR SALES & DISTRIBUTION INC.<br>ATTENTION: JOHN REX<br>483 EVERGREEN AVE<br>BENSENVILLE IL 60106 | Unsecured | | $0.00 | $1,053.84 | $1,053.84 |
| 7-MOL 300 7100 | CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>9377 WEST HIGGINS ROAD ROSEMONT, IL 60018<br>ATTN: PETER PRIEDE | Unsecured | | $0.00 | $54,183.16 | $54,183.16 |
| 7-NBM 300 7100 | EXPANDED METAL PRODUCTS CORP.<br>ATTN: MARK J. POLAN<br>4633 S. KNOX AVENUE<br>CHICAGO, IL 60632 | Unsecured | | $0.00 | $306,115.89 | $306,115.89 |
| 8-MOL 300 7100 | CHAUFFEURS, TEAMSTERS & HELPERS<br>LOCAL UNION NO. 301 PENSION FUND<br>36990 NORTH GREEN BAY RD WAUKEGAN, IL 60087 | Unsecured | | $0.00 | $11,020.80 | $11,020.80 |
| 8-NBM 300 7100 | NEW NGC, INC.<br>QUARLES & BRADY, LP<br>C/O STEVEN V. HUNTER<br>300 N. LASALLE ST #4000<br>CHICAGO, IL 60654 | Unsecured | | $0.00 | $1,635,746.23 | $1,635,746.23 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-20426  Date: June 13, 2018
Debtor Name: MOLLIE ENTERPRISES INC. and Northwest Building Material of Illinios, Inc.
Claims Bar Date: 8/30/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9-MOL 300 7100 | CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION 301 HEALTH & WELFARE FUND 36990 NORTH GREEN BAY RD WAUKEGAN, IL 60087 | Unsecured | | $0.00 | $19,253.60 | $19,253.60 |
| 9-NBM 300 7100 | CONTINENTAL BUILDING PRODUCTS, LLC 12018 SUNRISE VALLEY DRIVE SUITE 600 RESTON, VA 20191 | Unsecured | | $0.00 | $256,729.25 | $256,729.25 |
| 10-MOL 300 7100 | EXPANDED METAL PRODUCTS CORP. ATTN: MARK J. POLAN 4633 S. KNOX AVENUE CHICAGO, IL 60632 | Unsecured | | $0.00 | $306,115.89 | $306,115.89 |
| 11-MOL 300 7100 | NEW NGC, INC. C/O STEVEN V. HUNTER 300 N. LASALLE ST #4000 CHICAGO IL 60654 | Unsecured | | $0.00 | $1,635,746.23 | $1,635,746.23 |
| 12-MOL 300 7100 | CONTINENTAL BUILDING PRODUCTS, LLC 12018 SUNRISE VALLEY DRIVE SUITE 600 RESTON, VA 20191 | Unsecured | | $0.00 | $256,729.25 | $256,729.25 |
| 13-MOL 300 7100 | LABORERS PENSION FUNDS FOR HEALTH WELFARE DEPT OF CONSTRUCTION C/O AMY CAROLLO, FUND COUNSEL LABORER"S WELFARE PENSION 111 W. JACKSON BLVD. #1415 CHICAGO IL 60604 | Unsecured | | $0.00 | $9,167.13 | $9,167.13 |
| | Case Totals | | | $0.00 | $6,936,876.34 | $6,936,876.34 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-20426
Case Name: MOLLIE ENTERPRISES INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                $       23,205.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14-MOL | SUBURBAN BANK & TRUST COMPANY | $ 1,231,933.63 | $ 1,231,933.63 | $ 0.00 | $ 12,544.43 |
| 3-MOL | INSULATION DISTRIBUTORS, INC. | $ 289,740.27 | $ 289,740.27 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors          $       12,544.43

Remaining Balance                              $       10,661.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 3,837.35 | $ 0.00 | $ 3,837.35 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 24.00 | $ 0.00 | $ 24.00 |
| Auctioneer Fees: Martin Auction Services, LLC | $ 3,731.22 | $ 0.00 | $ 3,731.22 |
| Auctioneer Expenses: Martin Auction Services, LLC | $ 2,718.64 | $ 0.00 | $ 2,718.64 |
| Charges: CLERK OF THE US BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: INTERNATIONAL SURETIES | $ 33.71 | $ 33.71 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Levine Bond | $ 38.80 | $ 38.80 | $ 0.00 |
| Other: Suburban Bank & Trust | $ 1,500.00 | $ 1,500.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 10,661.21 |
| Remaining Balance | | | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,402,968.72 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-MOL | SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FU | $ 622,071.00 | $ 0.00 | $ 0.00 |
| 1-NBM | FEDEX TECHCONNECT, INC. | $ 308.02 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2-MOL | SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FU | $ 34,562.50 | $ 0.00 | $ 0.00 |
| 2-NBM | WESSELS SHERMAN JOERG LISZKA LAVERTY | $ 11,741.00 | $ 0.00 | $ 0.00 |
| 3-NBM | CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS | $ 54,025.92 | $ 0.00 | $ 0.00 |
| 4-MOL | HARTFORD FIRE INSURANCE COMPANY | $ 31,413.75 | $ 0.00 | $ 0.00 |
| 4-NBM | JOHN CHITKOWSKI | $ 49,285.53 | $ 0.00 | $ 0.00 |
| 5-MOL | REINHART BOERNER VAN DEUREN S.C. | $ 77,425.33 | $ 0.00 | $ 0.00 |
| 5-NBM | CHAUFFEURS, TEAMSTERS & HELPERS, | $ 19,253.60 | $ 0.00 | $ 0.00 |
| 6-MOL | REX RADIATOR SALES & DISTRIBUTION INC. | $ 1,053.84 | $ 0.00 | $ 0.00 |
| 6-NBM | CHAUFFEURS, TEAMSTERS & HELPERS, | $ 11,020.80 | $ 0.00 | $ 0.00 |
| 7-MOL | CENTRAL STATES SOUTHEAST AND | $ 54,183.16 | $ 0.00 | $ 0.00 |
| 7-NBM | EXPANDED METAL PRODUCTS CORP. | $ 306,115.89 | $ 0.00 | $ 0.00 |
| 8-MOL | CHAUFFEURS, TEAMSTERS & HELPERS | $ 11,020.80 | $ 0.00 | $ 0.00 |
| 8-NBM | NEW NGC, INC. | $ 1,635,746.23 | $ 0.00 | $ 0.00 |
| 9-MOL | CHAUFFEURS, TEAMSTERS & HELPERS | $ 19,253.60 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9-NBM | CONTINENTAL BUILDING PRODUCTS, LLC | $ 256,729.25 | $ 0.00 | $ 0.00 |
| 10-MOL | EXPANDED METAL PRODUCTS CORP. | $ 306,115.89 | $ 0.00 | $ 0.00 |
| 11-MOL | NEW NGC, INC. | $ 1,635,746.23 | $ 0.00 | $ 0.00 |
| 12-MOL | CONTINENTAL BUILDING PRODUCTS, LLC | $ 256,729.25 | $ 0.00 | $ 0.00 |
| 13-MOL | LABORERS PENSION FUNDS FOR HEALTH WELFARE DEPT | $ 9,167.13 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE