IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 12-20426 |
| | ) | |
| MOLLIE ENTERPRISES, INC. | ) | HON. DEBORAH L. THORNE |
| | ) | BANKRUPTCY JUDGE |

CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 26th day of June, 2018 at 3400 W. Lawrence Ave., Chicago, Illinois.

/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
MOLLIE ENTERPRISES INC. §    Case No. 12-20426
§
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/19/2018 in Courtroom 613,
Deborah L. Thorne
United States Courthouse
219 S. Dearborn St.
Chicago Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/26/2018       By: /s/ Brenda Porter Helms
                                          Trustee

BRENDA PORTER HELMS, TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

UST Form 101-7-NFR (10/1/2010) (Page: 1)

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
MOLLIE ENTERPRISES INC. §    Case No. 12-20426
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,873.50 |
| and approved disbursements of | $ | 7,667.86 |
| leaving a balance on hand of[1] | $ | 23,205.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14-MOL | SUBURBAN BANK & TRUST COMPANY | $ 1,231,933.63 | $ 1,231,933.63 | $ 0.00 | $ 12,544.43 |
| 3-MOL | INSULATION DISTRIBUTORS, INC. | $ 289,740.27 | $ 289,740.27 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors        $   12,544.43
Remaining Balance                            $   10,661.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 3,837.35 | $ 0.00 | $ 3,837.35 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 24.00 | $ 0.00 | $ 24.00 |
| Auctioneer Fees: Martin Auction Services, LLC | $ 3,731.22 | $ 0.00 | $ 3,731.22 |
| Auctioneer Expenses: Martin Auction Services, LLC | $ 2,718.64 | $ 0.00 | $ 2,718.64 |
| Charges: CLERK OF THE US BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: INTERNATIONAL SURETIES | $ 33.71 | $ 33.71 | $ 0.00 |
| Other: Levine Bond | $ 38.80 | $ 38.80 | $ 0.00 |
| Other: Suburban Bank & Trust | $ 1,500.00 | $ 1,500.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 10,661.21
Remaining Balance                                          $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,402,968.72 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1-MOL | SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FU | $ 622,071.00 | $ 0.00 | $ 0.00 |
| 1-NBM | FEDEX TECHCONNECT, INC. | $ 308.02 | $ 0.00 | $ 0.00 |
| 2-MOL | SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FU | $ 34,562.50 | $ 0.00 | $ 0.00 |
| 2-NBM | WESSELS SHERMAN JOERG LISZKA LAVERTY | $ 11,741.00 | $ 0.00 | $ 0.00 |
| 3-NBM | CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS | $ 54,025.92 | $ 0.00 | $ 0.00 |
| 4-MOL | HARTFORD FIRE INSURANCE COMPANY | $ 31,413.75 | $ 0.00 | $ 0.00 |
| 4-NBM | JOHN CHITKOWSKI | $ 49,285.53 | $ 0.00 | $ 0.00 |
| 5-MOL | REINHART BOERNER VAN DEUREN S.C. | $ 77,425.33 | $ 0.00 | $ 0.00 |
| 5-NBM | CHAUFFEURS, TEAMSTERS & HELPERS, | $ 19,253.60 | $ 0.00 | $ 0.00 |
| 6-MOL | REX RADIATOR SALES & DISTRIBUTION INC. | $ 1,053.84 | $ 0.00 | $ 0.00 |
| 6-NBM | CHAUFFEURS, TEAMSTERS & HELPERS, | $ 11,020.80 | $ 0.00 | $ 0.00 |
| 7-MOL | CENTRAL STATES SOUTHEAST AND | $ 54,183.16 | $ 0.00 | $ 0.00 |
| 7-NBM | EXPANDED METAL PRODUCTS CORP. | $ 306,115.89 | $ 0.00 | $ 0.00 |
| 8-MOL | CHAUFFEURS, TEAMSTERS & HELPERS | $ 11,020.80 | $ 0.00 | $ 0.00 |
| 8-NBM | NEW NGC, INC. | $ 1,635,746.23 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9-MOL | CHAUFFEURS, TEAMSTERS & HELPERS | $ 19,253.60 | $ 0.00 | $ 0.00 |
| 9-NBM | CONTINENTAL BUILDING PRODUCTS, LLC | $ 256,729.25 | $ 0.00 | $ 0.00 |
| 10-MOL | EXPANDED METAL PRODUCTS CORP. | $ 306,115.89 | $ 0.00 | $ 0.00 |
| 11-MOL | NEW NGC, INC. | $ 1,635,746.23 | $ 0.00 | $ 0.00 |
| 12-MOL | CONTINENTAL BUILDING PRODUCTS, LLC | $ 256,729.25 | $ 0.00 | $ 0.00 |
| 13-MOL | LABORERS PENSION FUNDS FOR HEALTH WELFARE DEPT | $ 9,167.13 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
                                    Trustee

UST Form 101-7-NFR (10/1/2010) (Page: 5)

BRENDA PORTER HELMS, TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) (Page: 6)

# Northern District of Illinois
# Claims Register

## 12-20426 Mollie Enterprises, Inc.

**Honorable Judge:** Deborah L. Thorne  **Chapter:** 7
**Office:** Chicago  **Last Date to file claims:** 08/30/2013
**Trustee:** Brenda Porter Helms ESQ  **Last Date to file (Govt):** 08/30/2013

| Creditor: (19113964) Suburban Teamsters of Northern Illinois Pension Fu c/o John J. Toomey Arnold and Kadjan 203 N. LaSalle Street Suite 1650 Chicago, Illinois 60601 | Claim No: 1 Original Filed Date: 07/03/2012 Original Entered Date: 07/03/2012 | Status: Filed by: CR Entered by: John J Toomey Modified: |
|---|---|---|

| Amount claimed: | $622071.00 |
|---|---|

**History:**

| Details | 1-1 | 07/03/2012 | Claim #1 filed by Suburban Teamsters of Northern Illinois Pension Fu, Amount claimed: $622071.00 (Toomey, John) |
|---|---|---|---|

**Description:** (1-1) pension withdrawal liability due under 29 U.S.C. 1381(b)(2) and 1383
**Remarks:**

| Creditor: (19113964) Suburban Teamsters of Northern Illinois Pension Fu c/o John J. Toomey Arnold and Kadjan 203 N. LaSalle Street Suite 1650 Chicago, Illinois 60601 | Claim No: 2 Original Filed Date: 07/03/2012 Original Entered Date: 07/03/2012 | Status: Filed by: CR Entered by: John J Toomey Modified: |
|---|---|---|

| Amount claimed: | $34562.50 |
|---|---|

**History:**

| Details | 2-1 | 07/03/2012 | Claim #2 filed by Suburban Teamsters of Northern Illinois Pension Fu, Amount claimed: $34562.50 (Toomey, John) |
|---|---|---|---|

**Description:** (2-1) unpaid welfare and pension benefits
**Remarks:**

| Creditor: (19163637) Insulation Distributors, Inc. | Claim No: 3 Original Filed | Status: Filed by: CR |
|---|---|---|

**History:**

| Details | 3-1 | 07/17/2012 | Claim #3 filed by Insulation Distributors,Inc., Amount claimed: $289740.27 (Hatch-Edwards, Lashanda) |
|---|---|---|---|

**Description:**
**Remarks:**

| Eve M. Rankin<br>8303 Audubon Rd.<br>Chanhassen, MN 55317 | Date: 07/17/2012<br>Original Entered<br>Date: 07/18/2012 | Entered by: Lashanda Hatch-Edwards<br>Modified: |
|---|---|---|

| Amount | claimed: | $289740.27 | |
|---|---|---|---|
| Secured | claimed: | $289740.27 | |

History:

| Details | 3-1 | 07/17/2012 | Claim #3 filed by Insulation Distributors, Inc., Amount claimed: $289740.27 (Hatch-Edwards, Lashanda) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (19421978)<br>Hartford Fire Insurance Company<br>Bankruptcy Unit T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 | Claim No: 4<br>Original Filed<br>Date: 09/10/2012<br>Original Entered<br>Date: 09/11/2012 | Status:<br>Filed by: CR<br>Entered by: Catherine Mendoza<br>Modified: |
|---|---|---|

| Amount | claimed: | $31413.75 | |
|---|---|---|---|

History:

| Details | 4-1 | 09/10/2012 | Claim #4 filed by Hartford Fire Insurance Company, Amount claimed: $31413.75 (Mendoza, Catherine) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (19961979)<br>Reinhart Boerner Van Deuren s.c.<br>c/o L. Katie Mason, Esq.<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202 | Claim No: 5<br>Original Filed<br>Date: 01/25/2013<br>Original Entered<br>Date: 01/25/2013 | Status:<br>Filed by: CR<br>Entered by: L Katie Mason<br>Modified: |
|---|---|---|

| Amount | claimed: | $77425.33 | |
|---|---|---|---|

History:

| Details | 5-1 | 01/25/2013 | Claim #5 filed by Reinhart Boerner Van Deuren s.c., Amount claimed: $77425.33 (Mason, L Katie) |
|---|---|---|---|

Description: (5-1) Unsecured claim for legal services rendered
Remarks:

| Creditor: (20297497) History<br>Rex Radiator Sales & Distribution Inc. | Claim No: 6<br>Original Filed | Status:<br>Filed by: CR |
|---|---|---|

History:

| Details | 6-1 | 06/25/2013 | Claim #6 filed by Rex Radiator Sales & Distribution Inc., Amount claimed: $1053.84 (Pruitt, Debra) |
|---|---|---|---|

Description:
Remarks:

| Attention: John Rex<br>483 Evergreen Ave<br>Bensenville IL 60106 | Date: 06/25/2013<br>Original Entered<br>Date: 06/26/2013 | Entered by: Debra Pruitt<br>Modified: |
|---|---|---|

| Amount | claimed: | $1053.84 | | |
|---|---|---|---|---|

**History:**

| Details | 6-1 | 06/25/2013 | Claim #6 filed by Rex Radiator Sales & Distribution Inc., Amount claimed: $1053.84 (Pruitt, Debra) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (20297411) History<br>Central States Southeast and<br>Southwest Areas Pension Fund<br>9377 West Higgins Road<br>Rosemont, IL 60018<br>Attn: Peter Priede | Claim No: 7<br>Original Filed<br>Date: 07/10/2013<br>Original Entered<br>Date: 07/10/2013 | Status:<br>Filed by: CR<br>Entered by: Timothy C Reuter<br>Modified: 07/11/2013 |
|---|---|---|

| Amount | claimed: | $54183.16 | | |
|---|---|---|---|---|
| Secured | claimed: | $54183.16 | | |

**History:**

| Details | 7-1 | 07/10/2013 | Claim #7 filed by Central States Southeast and, Amount claimed: $54183.16 (Reuter, Timothy) |
|---|---|---|---|
| | 108 | 04/26/2018 | Notice of Motion and Motion to Determine Amount of Secured Claim 7. Value of the property is less than the amount of the secured claimed. Filed by Brenda Porter Helms ESQHearing scheduled for 5/10/2018 at 09:30 AM at 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Helms, Brenda) |
| | 109 | 05/10/2018 | Order Granting Motion To Determine Amount of Secured Claim 7 (Related Doc # 108). Signed on 5/10/2018. (Galimba, April) |

Description:

Remarks: (7-1) Modified on 7/11/13 to correct creditor's address (dp)

| Creditor: (20790030) History<br>Chauffeurs, Teamsters & Helpers<br>Local Union No. 301 Pension Fund<br>36990 North Green Bay Rd<br>Waukegan, IL 60087 | Claim No: 8<br>Original Filed<br>Date: 07/30/2013<br>Original Entered<br>Date: 07/30/2013 | Status:<br>Filed by: CR<br>Entered by: Martin P Barr<br>Modified: 07/31/2013 |
|---|---|---|

| Amount | claimed: | $11020.80 | | |
|---|---|---|---|---|

**History:**

| Details | 8-1 | 07/30/2013 | Claim #8 filed by Chauffeurs, Teamsters & Helpers, Amount claimed: $11020.80 (Barr, Martin) |
|---|---|---|---|

Description: (8-1) Delinquent contributions to employee benefit plan, 2010

Remarks: (8-1) See Claim Dkt. #6-1 in consolidated Case No.12-37478; See attached;Modified on 7/31/13 to correct creditor's address (dp)

| Creditor: (20790181) History<br>Chauffeurs, Teamsters & Helpers<br>Local Union 301 Health & Welfare Fund<br>36990 North Green Bay Rd<br>Waukegan, IL 60087 | Claim No: 9<br>Original Filed Date: 07/30/2013<br>Original Entered Date: 07/30/2013 | Status:<br>Filed by: CR<br>Entered by: Martin P Barr<br>Modified: 07/31/2013 |
|---|---|---|
| Amount claimed: $19253.60 | | |

History:

| Details | 9-1 | 07/30/2013 | Claim #9 filed by Chauffeurs, Teamsters & Helpers, Amount claimed: $19253.60 (Barr, Martin ) |
|---|---|---|---|

Description: (9-1) Delinquent contributions to employee benefit plan, 2010

Remarks: (9-1) See Claim Dkt. #5-1 in consolidated Case No.12-37478; See attached;Modified on 7/31/13 to correct creditor's address (dp)

| Creditor: (20844741)<br>Expanded Metal Products Corp.<br>Attn: Mark J. Polan<br>4633 S. Knox Avenue<br>Chicago, IL 60632 | Claim No: 10<br>Original Filed Date: 08/07/2013<br>Original Entered Date: 08/07/2013 | Status:<br>Filed by: CR<br>Entered by: David L Kane<br>Modified: |
|---|---|---|
| Amount claimed: $306115.89 | | |

History:

| Details | 10-1 | 08/07/2013 | Claim #10 filed by Expanded Metal Products Corp., Amount claimed: $306115.89 (Kane, David ) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (20297321)<br>New NGC, Inc.<br>c/o Steven V. Hunter<br>300 N. LaSalle St #4000<br>Chicago IL 60654 | Claim No: 11<br>Original Filed Date: 08/07/2013<br>Original Entered Date: 08/07/2013 | Status:<br>Filed by: CR<br>Entered by: David L Kane<br>Modified: |
|---|---|---|
| Amount claimed: $1635746.23 | | |

History:

| Details | 11-1 | 08/07/2013 | Claim #11 filed by New NGC, Inc., Amount claimed: $1635746.23 (Kane, David ) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (21038997) Continental Building Products, LLC 12018 Sunrise Valley Drive Suite 600 Reston, VA 20191 Claimant History | Claim No: 12 Original Filed Date: 08/07/2013 Original Entered Date: 08/07/2013 | Status: Filed by: CR Entered by: David L Kane Modified: 08/08/2013 |
|---|---|---|
| Amount claimed: $256729.25 | | |
| History: | | |
| Details | 12-1 | 08/07/2013 | Claim #12 filed by Lafarge North America, Inc., Amount claimed: $256729.25 (Kane, David) |
| | 76 | 09/27/2013 | Transfer of Claim. Transferor: Lafarge North America, Inc. (Claim No. 12, Amount 256,729.25) To Continental Building Products, LLC Fee Amount $25 Filed by David L Kane on behalf of Continental Building Products LLC. Objections due by 10/18/2013. (Kane, David) |
| Description: | | | |
| Remarks: (12-1) Modified on 08/08/2013 to correct creditor address (LTK) | | | |

| Creditor: (20297554) History Laborers Pension Funds for Health Welfare Dept of Construction c/o Amy Carollo, Fund Counsel Laborer's Welfare Pension 111 W. Jackson Blvd. #1415 Chicago IL 60604 | Claim No: 13 Original Filed Date: 08/27/2013 Original Entered Date: 08/27/2013 | Status: Filed by: CR Entered by: Amy N. Carollo Modified: 08/28/2013 |
|---|---|---|
| Amount claimed: $9167.13 | | |
| History: | | |
| Details | 13-1 | 08/27/2013 | Claim #13 filed by Laborers Pension Funds for Health Welfare Dept, Amount claimed: $9167.13 (Carollo, Amy ) |
| Description: (13-1) ERISA pension and welfare debt due to work performed | | | |
| Remarks: (13-1) Modified to correct creditor's address (Modified on 8/28/2013)cm | | | |

| Creditor: (20941734) History Suburban Bank & Trust Company c/o Timothy A. Armstrong, Berglund,Armstrong & Mastny, PC 1010 Jorie Blvd,. Suite 370 Oak Brook, IL 60523 | Claim No: 14 Original Filed Date: 08/30/2013 Original Entered Date: 08/30/2013 | Status: Filed by: CR Entered by: Kenneth M Mastny Modified: 09/03/2013 |
|---|---|---|
| Amount claimed: $1231933.63 | | |
| Secured claimed: $1231933.63 | | |
| History: | | |
| Details | 14-1 | 08/30/2013 | Claim #14 filed by Suburban Bank & Trust Company, Amount claimed: $1231933.63 (Mastny, Kenneth ) |
| Description: (14-1) Loans secured by inventory, equipment, accounts, etc. | | | |
| Remarks: (14-1) Modified to correct creditor's address (Modified on 9/3/2013)cm | | | |