# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| MOLLIE ENTERPRISES INC. | § | Case No. 12-20426 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 17,150.93     Claims Discharged
                                                Without Payment: NA

Total Expenses of Administration: 13,722.57

---

3) Total gross receipts of $ 30,873.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,873.50 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,526,280.40 | $ 1,526,280.40 | $ 17,150.93 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,722.57 | 13,722.57 | 13,722.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 5,402,968.72 | 5,402,968.72 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 6,942,971.69 | $ 6,942,971.69 | $ 30,873.50 |

4) This case was originally filed under chapter 7 on 05/18/2012 . The case was pending for 79 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/17/2018              By:/s/BRENDA PORTER HELMS, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1221-000 | 6,000.00 |
| MACHINERY, FIXTURES, AND BUSINESS E | 1229-000 | 24,873.50 |
| **TOTAL GROSS RECEIPTS** | | **$30,873.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-MOL | INSULATION DISTRIBUTORS,INC. | 4110-000 | NA | 289,740.27 | 289,740.27 | 0.00 |
| 14-MOL | SUBURBAN BANK & TRUST COMPANY | 4110-000 | NA | 1,231,933.63 | 1,231,933.63 | 12,544.43 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | OFFICES, CHITKOWSKI LAW | 4120-000 | NA | 4,606.50 | 4,606.50 | 4,606.50 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 1,526,280.40 | $ 1,526,280.40 | $ 17,150.93 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Helms Law Firm P.C. | 2100-000 | NA | 3,837.35 | 3,837.35 | 3,837.35 |
| THE HELMS LAW FIRM PC | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| THE HELMS LAW FIRM PC | 2200-000 | NA | 24.00 | 24.00 | 24.00 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 33.71 | 33.71 | 33.71 |
| Levine Bond | 2300-000 | NA | 38.80 | 38.80 | 38.80 |
| ASSOCIATED BANK | 2600-000 | NA | 1,488.85 | 1,488.85 | 1,488.85 |
| CLERK OF THE US BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| Suburban Bank & Trust | 2990-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| Martin Auction Services, LLC | 3610-000 | NA | 3,731.22 | 3,731.22 | 3,731.22 |
| Martin Auction Services, LLC | 3620-000 | NA | 2,718.64 | 2,718.64 | 2,718.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 13,722.57 | $ 13,722.57 | $ 13,722.57 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7-MOL | CENTRAL STATES SOUTHEAST AND | 7100-000 | NA | 54,183.16 | 54,183.16 | 0.00 |
| 3-NBM | CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS | 7100-000 | NA | 54,025.92 | 54,025.92 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8-MOL | CHAUFFEURS, TEAMSTERS & HELPERS | 7100-000 | NA | 11,020.80 | 11,020.80 | 0.00 |
| 9-MOL | CHAUFFEURS, TEAMSTERS & HELPERS | 7100-000 | NA | 19,253.60 | 19,253.60 | 0.00 |
| 5-NBM | CHAUFFEURS, TEAMSTERS & HELPERS, | 7100-000 | NA | 19,253.60 | 19,253.60 | 0.00 |
| 6-NBM | CHAUFFEURS, TEAMSTERS & HELPERS, | 7100-000 | NA | 11,020.80 | 11,020.80 | 0.00 |
| 12-MOL | CONTINENTAL BUILDING PRODUCTS, LLC | 7100-000 | NA | 256,729.25 | 256,729.25 | 0.00 |
| 9-NBM | CONTINENTAL BUILDING PRODUCTS, LLC | 7100-000 | NA | 256,729.25 | 256,729.25 | 0.00 |
| 10-MOL | EXPANDED METAL PRODUCTS CORP. | 7100-000 | NA | 306,115.89 | 306,115.89 | 0.00 |
| 7-NBM | EXPANDED METAL PRODUCTS CORP. | 7100-000 | NA | 306,115.89 | 306,115.89 | 0.00 |
| 1-NBM | FEDEX TECHCONNECT, INC. | 7100-000 | NA | 308.02 | 308.02 | 0.00 |
| 4-MOL | HARTFORD FIRE INSURANCE COMPANY | 7100-000 | NA | 31,413.75 | 31,413.75 | 0.00 |
| 4-NBM | JOHN CHITKOWSKI | 7100-000 | NA | 49,285.53 | 49,285.53 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13-MOL | LABORERS PENSION FUNDS FOR HEALTH WELFARE DEPT | 7100-000 | NA | 9,167.13 | 9,167.13 | 0.00 |
| 11-MOL | NEW NGC, INC. | 7100-000 | NA | 1,635,746.23 | 1,635,746.23 | 0.00 |
| 8-NBM | NEW NGC, INC. | 7100-000 | NA | 1,635,746.23 | 1,635,746.23 | 0.00 |
| 5-MOL | REINHART BOERNER VAN DEUREN S.C. | 7100-000 | NA | 77,425.33 | 77,425.33 | 0.00 |
| 6-MOL | REX RADIATOR SALES & DISTRIBUTION INC. | 7100-000 | NA | 1,053.84 | 1,053.84 | 0.00 |
| 1-MOL | SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FU | 7100-000 | NA | 622,071.00 | 622,071.00 | 0.00 |
| 2-MOL | SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FU | 7100-000 | NA | 34,562.50 | 34,562.50 | 0.00 |
| 2-NBM | WESSELS SHERMAN JOERG LISZKA LAVERTY | 7100-000 | NA | 11,741.00 | 11,741.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 5,402,968.72 | $ 5,402,968.72 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-20426 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MOLLIE ENTERPRISES INC. | | | | Date Filed (f) or Converted (c): | 05/18/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/23/2013 |
| For Period Ending: | 11/17/2018 | | | | Claims Bar Date: | 08/30/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Loan to Charles Hanson (u)  Trustee filed adversary proceeding (15 A 34) v. Charles hanson to recover money/property. Judgment, in the amount of $3.5 million, entered in favor of Trustee per court order dated June 29, 2015. Adversary closed 6/30/15. Trustee pursued recovery of judgment amount. Ultimately, Trustee determined judgment amount was uncollectible. | Unknown | 0.00 | | 0.00 | FA |
| 2. MACHINERY, FIXTURES, AND BUSINESS E (u)  Trustee authorized to retain auctioneer and conduct sale pursuant to order dated 3/20/13 [Dkt 66, Northwest case 12-37478]. Report of sale filed 6/14/13 [Dtk 75, Northwest case 12-37478]. | 0.00 | 0.00 | | 24,873.50 | FA |
| 3. ACCOUNTS RECEIVABLE (u)  Prior to commencment of this case, Debtor filed a mechanic's lien in the amount of $11,897.55. By order of this court dated 8/21/13, Trustee settled for recovery of approximately 50% of the amount owed [Dkt 68, Mollie case 12-20426] | Unknown | 11,897.55 | | 6,000.00 | FA |
| INT. Post-Petition Interest Deposite (u) | Unknown | Unknown | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $0.00 | $11,897.55 | | $30,873.50 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/18/18: TFR filed. Distribution checks issued 8/1/18. Waiting for $-0- balance bank statement.

5/29/18:  Trustee confirmed secured creditor to hold first-position lien (and second-position lien).  Trustee confirmed unpaid administrative claims and prepared her final report.

3/2/17:  Trustee is working to verify the priority of distribution to the Estate's secured creditors.  As soon as the Trustee verifies the appropriate distribution, Trustee will submit her TFR.

9/30/16:  Collection efforts exhausted.  Trustee preparing TFR

9-30-15:  Trustee filed adversary complaint to collect a loan made to Charles Hanson, per the tax returns.  Judgment against Mr.  Hanson obtained; appeal filed in September 2015.  Trustee continues collection activity

Involuntary petition.  Substantively consolidated with Northwest Building Materials, 12-37478 per order 7/24/13 [dkt 61].  Investigation continues.

From Case 12-37478 Form 1 Notes:
On 7/24/13 this case was substantively consolidated with alter ego Mollie Enterprises Inc. 12-20426.

3/2/17:  This case was substantively consolidated with Mollie Enterprises, Inc. (Case No. 12-20426).  As set forth above, Trustee is working to verify the priority of distribution to the Estate's secured creditors.  As soon as the Trustee verifies the appropriate final distribution, Trustee will submit her TFR

9/30/16:  Collection efforts exhausted.  Trustee preparing TFR.

9/30/15--The Trustee has pursued Charles Hanson, former stockholder and officer of the debtor for a loan he made to the debtor, as reflected on the debtor's tax returns.  A judgment was obtained and an appeal has now been filed.  Collection efforts continue.

Initial Projected Date of Final Report (TFR): 12/30/2014          Current Projected Date of Final Report (TFR): 12/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-20426 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: MOLLIE ENTERPRISES INC. | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX1566 |
| | | Checking - Non Interest |
| Taxpayer ID No: XX-XXX9942 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 11/17/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/13/13 | 2 | MARTINAUCTION SERVICES LLC ESCROW<br>9515 Texas Chruch RoadClinton IL 61727 | auction proceeds<br>Personal property sold per order 3/20/13 [dkt 66, Northwest case 12-37478] | 1229-000 | $24,873.50 | | $24,873.50 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $21.47 | $24,852.03 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $36.94 | $24,815.09 |
| 09/04/13 | 3 | ELSCOTT 50 LLC<br>853 N. Elston AveChicago IL 60642 | mechanic lien settlement<br>Per court order 8/21/13 [dkt 68] | 1221-000 | $6,000.00 | | $30,815.09 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $36.89 | $30,778.20 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $43.42 | $30,734.78 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $45.69 | $30,689.09 |
| 11/26/13 | 10001 | OFFICES, CHITKOWSKI LAW<br>801 Warrenville Road #620Lisle IL 60532 | per court order of 8/21/13 [dkt 67] | 4120-000 | | $4,606.50 | $26,082.59 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $44.15 | $26,038.44 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $39.37 | $25,999.07 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.66 | $25,960.41 |
| 02/15/14 | 10002 | INTERNATIONAL SURETIES LTD<br>701 Polydras St. #420<br>New Orleans, LA 70139 | Bond premium bond #016026455 | 2300-000 | | $24.67 | $25,935.74 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $34.86 | $25,900.88 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.51 | $25,862.37 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $37.21 | $25,825.16 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.39 | $25,786.77 |

| | | Page Subtotals: | | | $30,873.50 | $5,086.73 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-20426 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: MOLLIE ENTERPRISES INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1566 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX9942 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/17/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $37.10 | $25,749.67 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.28 | $25,711.39 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.23 | $25,673.16 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $36.94 | $25,636.22 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.11 | $25,598.11 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $36.83 | $25,561.28 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $38.00 | $25,523.28 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $37.95 | $25,485.33 |
| 02/19/15 | 10003 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $18.23 | $25,467.10 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $34.22 | $25,432.88 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $37.81 | $25,395.07 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $36.54 | $25,358.53 |
| 05/19/15 | 10004 | SUBURBAN BANK & TRUST | copies of account records | 2990-000 | | $1,500.00 | $23,858.53 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.49 | $23,821.04 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.27 | $23,786.77 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.36 | $23,751.41 |

Page Subtotals: $0.00  $2,035.36

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-20426 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MOLLIE ENTERPRISES INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1566 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX9942 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/17/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.31 | $23,716.10 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.12 | $23,681.98 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.21 | $23,646.77 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.02 | $23,612.75 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.11 | $23,577.64 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.06 | $23,542.58 |
| 02/25/16 | 10005 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $20.57 | $23,522.01 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.74 | $23,489.27 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.92 | $23,454.35 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.75 | $23,420.60 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.82 | $23,385.78 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.65 | $23,352.13 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.72 | $23,317.41 |
| | | | Page Subtotals: | | $0.00 | $434.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-20426 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: MOLLIE ENTERPRISES INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1566 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX9942 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/17/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.66 | $23,282.75 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.50 | $23,249.25 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.57 | $23,214.68 |
| 02/28/18 | 10006 | INTERNATIONAL SURETIES LTD International Sureties Ltd | #016073584 | 2300-000 | | $9.04 | $23,205.64 |
| 08/01/18 | 10007 | Suburban Bank & Trust Company | Final distibution to creditors | 4110-000 | | $12,544.43 | $10,661.21 |
| 08/01/18 | 10008 | The Helms Law Firm P.C. | trustee fees | 2100-000 | | $3,837.35 | $6,823.86 |
| 08/01/18 | 10009 | The Helms Law | trustee expenses | 2200-000 | | $24.00 | $6,799.86 |
| 08/01/18 | 10010 | Martin Auction Services LLC | auctioneer fee | 3610-000 | | $3,731.22 | $3,068.64 |
| 08/01/18 | 10011 | Martin Auction Serivces LLC | auctioneer expenses | 3620-000 | | $2,718.64 | $350.00 |
| 08/01/18 | 10012 | Clerk U.S. Bankruptcy Court | Adversary filing fee | 2700-000 | | $350.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $30,873.50 | $30,873.50 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,873.50 | $30,873.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,873.50 | $30,873.50 |

Page Subtotals: $0.00 $23,317.41

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1566 - Checking - Non Interest | $30,873.50 | $30,873.50 | $0.00 |
| | $30,873.50 | $30,873.50 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,873.50 |
| Total Gross Receipts: | $30,873.50 |

Page Subtotals:  $0.00   $0.00